# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJESTICS CAR CLUB INC., <br> Plaintiff, <br><br> v. <br><br> RANDY HEADLEY, <br> Defendant. | CV 15-9803 DSF (AFMx) <br><br> Order re Order to Show Cause re Contempt |

    On May 22, 2020, this Court issued its Order GRANTING Plaintiff's Motion to Enforce Judgment, which also ordered Defendant to show cause why he should not be held in contempt for violating the injunction issued by this Court by using Plaintiff's trademark on promotional materials, including a flyer for Logos Two distributed in February 2020. (Dkt. 69.)

    Plaintiff was to serve the Order on Defendant no later than June 8, 2020. Defendant was ordered to respond to the order to show cause, in writing, no later than June 29, 2020. On June 18, 2020, the Court extended the time within which Defendant was to respond to July 29, 2020. No response has been received.

    The Court finds Defendant in contempt for violating the injunction. No later than August 31, 2020, Plaintiff is to file a proof of service establishing that it complied with the Court's

order for service and a proposed order finding Defendant in contempt.

    IT IS SO ORDERED.

Date: August 10, 2020

                                              Dale S. Fischer
                                              United States District Judge